Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| DAVID MARTIN<br><br>Recurrente<br><br>Vs.<br><br>JUNTA DE DIRECTORES DEL CONDOMINIO UNIÓN NORTE, REPRESENTADO POR SU PRESIDENTA JANNETTE COLÓN-JORGE<br><br>CONSEJO DE TITULARES DEL CONDOMINIO UNIÓN NORTE Y CLARIBEL MAYMÍ-ADMINISTRADORA<br><br>Recurridos | KLRA202400623 | *Revisión Judicial* procedente del Departamento de Asuntos del Consumidor<br><br>Sobre: Ley de Condominio 129-2020<br><br>Número: C-SAN-2024-0018298 |

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Marrero Guerrero y el Juez Campos Pérez.

Rodríguez Casillas, juez ponente.

## SENTENCIA

En San Juan, Puerto Rico, a 30 de abril de 2025.

En virtud de la moción de desistimiento presentada por el recurrente en el recurso de revisión judicial de epígrafe, procedemos a declarar con lugar el desistimiento.

**-I-**

El **6 de noviembre de 2024**, compareció el *Sr. David Martin* (en adelante; "señor Martin") por derecho propio, ante este Foro apelativo. Mediante el presente *Recurso de Revisión Judicial* solicitó la revisión de la *Resolución* emitida el **8 de octubre de 2024**, por el *Departamento de Asuntos del Consumidor*.

Luego de haberse perfeccionado el recurso y estar pendiente a ser adjudicado, el señor Martin presentó el **25 de abril de 2025** un *"Aviso de Desistimiento del recurrente David Martin"*. Ante ello,

Número Identificador
SEN2025_____

indicó que desistía del recurso ante nuestra consideración, en virtud de las disposiciones de la Regla 83 (A) de nuestro Reglamento.[1]

**-II-**

En ese sentido, al evaluar la Regla 83 inciso (A) de nuestro Reglamento, *supra,* autoriza a una parte promovente a presentar un aviso de desistimiento ante este Foro Apelativo en cualquier momento.[2]

**-III-**

Un examen del expediente corrobora las incidencias procesales apuntadas, y según solicitado, accedemos al desistimiento promovido. Por los fundamentos antes expresados, se declara con lugar la solicitud de desistimiento, se decreta el cierre y archivo del presente caso.

Lo acordó el Tribunal y certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] *Véase*; Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83(A).
[2] *Íd.*